No. 90–360. NUCLEAR MANAGEMENT & RESOURCES COUNCIL, INC. *v.* PUBLIC CITIZEN ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE WHITE would grant certiorari limited to Question 2 presented by the petition.

No. 90–387. LION UNIFORM, INC., JANESVILLE APPAREL DIVISION *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 90–551. McEVOY TRAVEL BUREAU, INC. *v.* HERITAGE TRAVEL, INC., ET AL. C. A. 1st Cir. Certiorari denied. JUSTICE SOUTER took no part in the consideration or decision of this petition.

No. 90–555. WOOD *v.* ALAMEDA COUNTY SUPERIOR COURT ET AL. Ct. App. Cal., 1st App. Dist. Motion of petitioner to consolidate this case with No. 90–661, *Wood* v. *Alameda County Superior Court,* denied. Certiorari denied.

No. 90–572. WILSON SPORTING GOODS CO. *v.* DAVID GEOFFREY & ASSOCIATES, DBA SLAZENGER, ET AL. C. A. Fed. Cir. Motion of respondents to seal Rule 29.1 listing granted. Certiorari denied.